FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -9 PM 12: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NO. 99-161

Eugene Troy Ellis     SECTION "M" (3)

## CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): _Petitioner has not made a substantial showing of the denial of a constitutional right, nor that reasonable jurists could debate whether the petition should have been resolved differently._

Date: March 08, 2006

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____