UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE T. ELLIS                          CRIMINAL ACTION

VERSUS                                   NO: 99-161

UNITED STATES of AMERICA                 SECTION: "J"


**ORDER**

Before the Court is a motion filed by Petitioner, entitled
"Motion of Petitioner for Modification or Reduction of Sentence
Based upon an Intervening Post-Sentencing Change in the United
States Sentencing Guidelines Pertaining to Cocaine Base "Crack"
Offenses (Amendment 9) and the Corollary Criminal History
Category (Amendment 12) which Effectively Lowers Petitioner's
Term of Imprisonment."  (Rec. Doc. 97).  Upon review of the
motion and the applicable law, the Court finds that Petitioner's
Motion should be **DENIED**.

Petitioner asserts that his sentence should be reduced due
to the recent amendments to the United States Sentencing
Guidelines on cocaine base "crack" which went into effect on
November 1, 2007.  The new guidelines reduce the offense level
for sentences related to crack in certain circumstances.   When

Petitioner was sentenced, the old provisions were still in effect, however Petitioner asks the Court to apply the new guideline provisions retroactively.  Shortly before Petitioner filed his motion, the United States Sentencing Commission voted to apply the amendment related to crack cocaine (Amendment 9) retroactively.  The commission set March 3, 2008 as the effective date for the retroactivity.[1]  Accordingly, Petitioner's motion for a new sentence based on the new guidelines is premature at this time.

Additionally, from the Court's review of the record, it does not appear that the Petitioner is entitled to relief under the amendments.  Petitioner's sentence on his crack cocaine conviction was 240 months, which is the mandatory minimum set by Congress.[2]   The amendments to the Federal Sentencing Guidelines did not change the mandatory minimum set by Congress in section 841.  Therefore, the Court finds that the Petitioner's motion is without merit.  Accordingly,

**IT IS ORDERED** that Petitioner's Motion (Rec. Doc. 97) is **DENIED.**

---

[1]Press Release, U.S. Sentencing Comm'n, U.S. Sentencing Commission Votes Unanimously to Apply Amendment Retroactively for Crack Cocaine Offenses (Dec. 11, 2007)(*available at* http://www.ussc.gov/PRESS/rel121107.htm).

[2]21 U.S.C. § 841(b)(1)(A).

New Orleans, Louisiana this the 17th day of December, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE